HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAM PHAM,

                   Plaintiff,

    v.

FERNDALE SCHOOL DISTRICT;
MARK DEEBACH, in his former
capacity as Interim Superintendent
of the Ferndale School District;
JOHN FAIRBAIRN, in his former
capacity as Executive Director of
Human Resources of the Ferndale
School District; JAMIE
PLENKOVICH, in his former
capacity as Director of Maintenance
and Transportation of the Ferndale
School District; KEVIN
ERICKSON; MELINDA COOL, in
their current or former capacities as
members of the Ferndale School
Board of Directors,

                   Defendants.

Case No.  2:24-cv-01962-RAJ

ORDER ON MOTION TO
EXTEND DEADLINE TO FILE
AMENDED COMPLAINT

ORDER – 1

THIS MATTER comes before the Court on Plaintiff Dam Pham's Motion to Extend Deadline to File Amended Complaint (the "Motion," Dkt. # 34). Plaintiff states that counsel for Defendants have not agreed to stipulate to the requested relief.

The Court, having reviewed the Motion and the balance of the record, finds good cause to grant the requested relief. The Motion is accordingly **GRANTED**. Plaintiff shall file any amended complaint in this matter no later than April 20, 2026.

Dated this 20th day of March, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2